**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **DONNELLA FLANAGAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No.: 8:16-cv-01455-PWG** |
| **TRANSWORLD SYSTEMS, INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

<u>STIPULATION TO DISMISS</u>

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice, with each party to bear its own costs and fees.

<u>*/s/ Bryan Christopher Shartle*</u>                 <u>*/s/ Amy L. Bennecoff*</u>
Bryan Christopher Shartle, Esq.              Amy L. Bennecoff, Esq.
Session Fishman Nathan Israel, LLC       Kimmel & Silverman, P.C.
3850 N. Causeway Blvd Ste. 200            30 East Butler Pike
Metairie, LA 70002                                  Ambler, PA 19002
Phone: 504-828-3700                             Phone: 215-540-8888
Fax: 504-828-3737                                 Fax: 215-540-8817
Email: bshartle@sessions.legal              Email: aginsburg@creditlaw.com
Attorney for the Defendant                     Attorney for Plaintiff

Date: <u>September 8, 2016</u>                       Date: <u>September 8, 2016</u>

BY THE COURT:


_____
                                                    J.

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 8th day of September, 2016:

Bryan Christopher Shartle, Esq.
Session Fishman Nathan Israel, LLC
3850 N. Causeway Blvd Ste. 200
Metairie, LA 70002
Phone: 504-828-3700
Fax: 504-828-3737
Email: bshartle@sessions.legal
Attorney for the Defendant

Veronica K Yu, Esq.
Whiteford, Taylor & Preston LLP
7 Saint Paul Street
Baltimore, MD 21202
Phone:410-347-8709
Fax: 410-223-4347
Email: vyu@wtplaw.com
Attorney for Defendant

/sAmy L. Bennecoff
Amy L. Bennecoff, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 215-540-8817
Email: aginsburg@creditlaw.com
Attorney for Plaintiff